UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RAPHEAL M. CHANDLER         )
                                            )
v.                               )         NO. 3:12-0019
                                            )         JUDGE CAMPBELL
METRO. TRANSIT AUTHORITY, et al.   )


ORDER


Pending before the Court is Defendant's Motion to Dismiss. The deadline under the

Local Rules for a Response has passed. Local Rule 7.01.

Plaintiff shall file a Response to the pending Motion to Dismiss by February 21, 2012.

Any Reply shall be filed by Defendant by March 5, 2012.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE